# United States District Court
FOR THE DISTRICT OF COLUMBIA

Edward J Armbruster III
Plaintiff(s)
v.

United States Government
Defendant

**SUMMONS IN A CIVIL CASE**

Case No.:
CASE NUMBER 1:07CV00426
JUDGE: James Robertson
DECK TYPE: Pro se General Civil
DATE STAMP: 03/02/2007

To:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Edward J Armbruster III
5729 Lebanon Dr. Suite 144, PMB #203
Frisco, TX 75034
469-~~252-1319~~
241-9894 EJA

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
Court Clerk

Date MAR 0 2 2007

by [signature]
Deputy Clerk

**AFFIDAVIT OF SERVICE**

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is ______



RECEIVED
APR - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

03/27/2007. The cost of the mailing is $ ________

Certified mail # 7006-2150-0005-2304-9945,

to:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

Gary Beard
Signature

4/5/07
Date

7005-3110-0003-2363-4716

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
Jeffrey A. Taylor
U.S. Attorney
District of Columbia
5808A Judiciary Center Bldg.
555 Fouth St., NW
Washington, D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

MAR 2 8 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7005 3110 0003 2363 4716

PS Form 3811, February 2004 Domestic Return Receipt 7433 102595-02-M-1540

7006-2150-0005-2304-9945

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) MAR 2 7 2007 | C. Date of Delivery 3/27/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 2150 0005 2304 9945

PS Form 3811, February 2004 Domestic Return Receipt 7433 Summons 102595-02-M-1540

Gary Beard
Notary Public
State of Texas
c/o Edward J. Armbruster
5729 Lebanon Road
Suite 144, PMB #203
Frisco, Texas [75034]

March 21, 2007

Re: Edward J. Armbruster v. United States Government, No. 1:07CV00426, United States District Court for the District of Columbia

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED
RECEIPT NO. 7006 2150 0005 2304 9945
Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED
RECEIPT NO. 7005 3110 0003 2363 4716
Civil Process Clerk
Jeffrey A. Taylor
United States Attorney
District of Columbia
5808A Judiciary Center Building
555 Fourth Street, NW
Washington, District of Columbia 20001

Gentlemen:

THE UNITED STATES GOVERNMENT HAS BEEN SUED. Please find enclosed a copy of the summons applicable to you as well as a copy of the Petition filed by Edward J. Armbruster in the referenced matter which is hereby tendered to you to effect service of process upon you.

Thank you for your attention to this matter.

Very truly yours,

Gary Beard
Notary Public
State of Texas

# United States District Court
FOR THE DISTRICT OF COLUMBIA

Edward J Armbruster III
Plaintiff(s),
v.

United States Government
Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:07CV00426
JUDGE: James Robertson
DECK TYPE: Pro se General Civil
DATE STAMP: 03/02/2007

To:

Civil Process Clerk
Jeffery A Taylor
United States Attorney
District of Columbia
5808A Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20001

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Edward J Armbruster III
5729 Lebanon Dr. Suite 144, PMB #203
Frisco, TX 75034
469-~~252-1319~~
241-9894 EJA

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
Court Clerk

by [signature]
Deputy Clerk

MAR 0 2 2007
Date

RECEIVED
APR - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**AFFIDAVIT OF SERVICE**

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is 03/28/2007. The cost of the mailing is $ ______

Certified mail # 7005-3110-0003-2363-4716

to:

Civil Process Clerk
Jeffery A Taylor
United States Attorney
District of Columbia
5808A Judiciary Center Building
555 Fourth Street,
NW Washington, DC 20001

I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

Gary Beard
Signature

4/5/07
Date

7005-3110-0003-2363-4716

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
Jeffrey A. Taylor
U.S. Attorney
District of Columbia
5808A Judiciary Center Bldg.
555 Fouth St., NW
Washington, D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) MAR 2 8 2007

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7005 3110 0003 2363 4716

PS Form 3811, February 2004 Domestic Return Receipt 7433 102595-02-M-1540

7006-2150-0005-2304-9945

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) MAR 2 7 2007

C. Date of Delivery 3/27/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 2150 0005 2304 9945

PS Form 3811, February 2004 Domestic Return Receipt 7433 Summons 102595-02-M-1540

Gary Beard
Notary Public
State of Texas
c/o Edward J. Armbruster
5729 Lebanon Road
Suite 144, PMB #203
Frisco, Texas [75034]

March 21, 2007

Re: Edward J. Armbruster v. United States Government, No. 1:07CV00426, United States District Court for the District of Columbia

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED
RECEIPT NO. 7006 2150 0005 2304 9945
Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED
RECEIPT NO. 7005 3110 0003 2363 4716
Civil Process Clerk
Jeffrey A. Taylor
United States Attorney
District of Columbia
5808A Judiciary Center Building
555 Fourth Street, NW
Washington, District of Columbia 20001

Gentlemen:

THE UNITED STATES GOVERNMENT HAS BEEN SUED. Please find enclosed a copy of the summons applicable to you as well as a copy of the Petition filed by Edward J. Armbruster in the referenced matter which is hereby tendered to you to effect service of process upon you.

Thank you for your attention to this matter.

Very truly yours,

Gary Beard

Gary Beard
Notary Public
State of Texas