```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

EDWARD J. ARMBRUSTER III,         :
                                  :
        Plaintiff,                :
                                  :
    v.                            :  Civil Action No. 07-0426 (JR)
                                  :
UNITED STATES GOVERNMENT,         :
                                  :
        Defendant.                :

### ORDER

Plaintiff having failed to respond to the government's motion to dismiss [4] within the time permitted by the Rules, or even within the extended period allowed by this Court's order of June 1, 2007 [5], it is **ORDERED** that the motion to dismiss is **granted as conceded.** This is a final, appealable order.


                            JAMES ROBERTSON
                       United States District Judge